[No. 20355-7-III.   Division Three.   August 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD LEE BLOCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-02469-1, James M. Murphy, J., entered June 13, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.